# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

**USF&G COMPANY**              *      **CIVIL ACTION**

**VERSUS**                    *      **NO. 05-3306**

**DEBRA F. HACKETT, ET AL**        *      **SECTION "L" (5)**

## ORDER

The above captioned case was removed to this Court on July 28, 2005, pursuant to 28

U.S.C. § 1452.  The Notice of Removal avers that this matter is a core proceeding pursuant to 28

U.S.C. § 157 in *In re Robert Leo Hackett*, No. 04-16016.  Therefore,

IT IS ORDERED that this matter and all pending motions be REFERRED to United

States Bankruptcy Court, Eastern District of Louisiana, Section B.

New Orleans, Louisiana, this  15th  day of  August , 2005.

                                  UNITED STATES DISTRICT JUDGE

Dockets.Justia.com