UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **USF&G COMPANY** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 05-3306** |
| **DEBRA F. HACKETT, ET AL** | * | **SECTION "L" (5)** |

## ORDER

The above captioned case was removed to this Court on July 28, 2005, pursuant to 28 U.S.C. § 1452. The Notice of Removal avers that this matter is a core proceeding pursuant to 28 U.S.C. § 157 in *In re Robert Leo Hackett*, No. 04-16016. Therefore,

IT IS ORDERED that this matter and all pending motions be REFERRED to United States Bankruptcy Court, Eastern District of Louisiana, Section B.

New Orleans, Louisiana, this  15th  day of  August , 2005.

_____
UNITED STATES DISTRICT JUDGE